**Order filed, December 30, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01049-CV

_____

**STATEWIDE HYDRAULICS, INC. AND PHILLIP BERROSPE, Appellant**

**V.**

**EZ MANAGEMENT GP, LLC D/B/A CHECK CASHING & BLUE PRINTING, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 3
Harris County, Texas
Trial Court Cause No. 1001029**

---

## ORDER

The reporter's record in this case was due **December 18, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Marcia Barnett**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM